UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEROME CAMPBELL, on behalf of himself     :
and all others similarly situated,
                                          :
            Plaintiff,                        Civil Action
                                          :   No. 19-12483-DJC
      v.
                                          :
IROBOT CORPORATION, COLIN M.
ANGLE, and ALISON DEAN,                   :

            Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND JOINT MOTION FOR ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND FOR SUBMITTING PROPOSED SCHEDULE

Plaintiff Jerome Campbell and Defendants iRobot Corporation, Colin M. Angle, and Alison Dean (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on October 24, 2019, a proposed class member filed a securities fraud class action in the United States District Court for the Southern District of New York asserting claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, *see Miramar Firefighters Pension Fund v. iRobot Corp. et al.*, No. 19-cv-9837 (S.D.N.Y.) (the "*Miramar Action*").  The Miramar Action was subsequently transferred to this Court on December 18, 2019, and entered on the docket as case number 19-cv-12536-DJC;

WHEREAS, on November 8, 2019, Plaintiff initially filed the above-captioned securities fraud class action (the "*Campbell Action*") in the United States District Court for the

Southern District of New York asserting substantially the same claims against the same defendants as the first-filed Miramar Action; this

WHEREAS, on or about November 20, 2019, Plaintiff served upon Defendants notice of the lawsuit and requests to waive service of a summons and Defendants executed and returned such waivers on November 27, 2019, thereby setting Defendants' time to respond to the Complaint through and including January 21, 2020, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure;

WHEREAS, on December 23, 2019, the parties in the first-filed *Miramar Action* filed a Stipulation and Joint Motion seeking an order from this Court to extend Defendants' time to respond to the complaint in until after a Lead Plaintiff has been appointed and a consolidated complaint has been filed (*see* ECF No. 23 in the Miramar Action);

WHEREAS, also on December 23, 2019, proposed class members moved to consolidate the *Miramar Action* and *Campbell Action* and for appointment as Lead Plaintiff under the process set forth in the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3), and those motions remain pending (*see* ECF Nos. 24-33);

WHEREAS, the Parties expect that after the Court appoints a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(b), the Lead Plaintiff will file an Amended Complaint that will supersede the Complaint, so no purpose would be served by Defendants preparing and filing a response to the Complaint;

WHEREAS, the Parties herein have agreed to the same schedule as in the *Miramar Action* that extends Defendants' time to respond to the complaint until after a Lead Plaintiff has been appointed and an Amended Complaint has been filed;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Defendants are not required to respond to Plaintiff's Complaint.

2. Within 14 days of the entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Counsel and Counsel for Defendants shall jointly submit a proposed schedule for the filing of an Amended Complaint, Defendants' response thereto, and all associated briefing.

| | |
|---|---|
| Dated: January 21, 2020<br>       Boston, Massachusetts | Respectfully submitted, |
| /s/ Daryl Andrews<br>Daryl Andrews (BBO #658523)<br>Glen DeValerio (BBO #122010)<br>ANDREWS DEVALERIO LLP<br>265 Franklin Street, Suite 1702<br>Boston, Massachusetts 02110<br>(617) 936-2796<br>daryl@andrewsdevalerio.com<br>glen@andrewsdevalerio.com | /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Alisha Q. Nanda (BBO #657266)<br>Rene H. DuBois (BBO #688849)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>alisha.nanda@skadden.com<br>rene.dubois@skadden.com |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>(212) 661-1100<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com | *Counsel for Defendants*<br>*iRobot Corporation, Colin M. Angle*<br>*and Alison Dean* |
| Patrick V. Dahlstrom<br>POMERANTZ LLP<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603<br>(312) 377-1181<br>jalieberman@pomlaw.com | |
| *Counsel for Plaintiff Jerome Campbell*<br>*and Movant Min Zhao* | |
| Peretz Bronstein<br>BRONSTEIN, GEWIRTZ<br>   & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>(212) 697-6484<br>peretz@bgandg.com | |
| *Additional Counsel for Plaintiff Jerome*<br>*Campbell and Movant Min Zhao* | |

SO ORDERED:

Dated: _____, 2020

_____
Denise J. Casper
United States District Judge