UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE IROBOT CORPORATION
SECURITIES LITIGATION

CIVIL ACTION NO. <u>19-12536-DJC</u>

## ORDER OF DISMISSAL

CASPER, D.J.

  In accordance with the Memorandum and Order dated March 12, 2021, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

March 15, 2021                   /s/ Lisa M. Hourihan
                                       Deputy Clerk